

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-13-00344-CV**

**IN RE HOLCIM (US), INC.**

**Original Proceeding**

**MEMORANDUM OPINION**

The petition for writ of mandamus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
        (Chief Justice Gray dissenting)
Petition denied
Opinion delivered and filed December 12, 2013
[OT06]